DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
WENYI XU

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WENYI XU,<br><br>Defendant. | MAG-13-0277-AC<br><br>STIPULATION AND PROPOSED ORDER TO MODIFY CONDITIONS OF RELEASE RE WENYI XU |

IT IS HEREBY STIPULATED between Plaintiff, United States, through their attorney of record, Assistant United States Attorney Kyle Reardon and Defendant, Wenyi Xu, through her attorney of record, David W. Dratman, with the approval of the United States Pretrial Services Office, through Unites States Pretrial Services Officer Steven Sheehan, that Special Condition of Release 15, which currently orders:

> You shall not access the Internet and you shall provide proof of the disconnection or termination of this service as required by the pretrial services officer;

be modified to read as follows:

> You shall not access the Internet, unless approved in advance by your pretrial services officer at your place of employment and for employment purposes only, and you shall provide proof of the disconnection or termination of this

---

**STIPULATION AND PROPOSED ORDER TO MODIFY CONDITIONS OF RELEASE RE WENYI XU**
*United States v. Wenyi Xu*
**[MAG-13-0277-AC]**

| | |
|---|---|
| 1 | service as required by the pretrial services officer. |
| 2 | Dated: September 24, 2013 /s/ David W. Dratman |
| | DAVID W. DRATMAN |
| 3 | Attorney for Defendant |
| | WENYI XU |
| 4 | |
| 5 | Dated: September 24, 2013 BENJAMIN B. WAGNER |
| | UNITED STATES ATTORNEY |

Dated: September 24, 2013   BENJAMIN B. WAGNER
                            UNITED STATES ATTORNEY

By: /Kyle Reardon*
    KYLE REARDON
    Assistant U.S. Attorney
    *Signed with permission

## **ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, orders that Special Condition of Release 15 is modified to read as follows:

> You shall not access the Internet, unless approved in advance by your pretrial services officer at your place of employment and for employment purposes only, and you shall provide proof of the disconnection or termination of this service as required by the pretrial services officer.

It is so ordered.

Dated: September 24, 2013

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE